## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES EDWARD PHINNEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16CV579 HEA |
| | ) | |
| JEFFERY CARSON, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the several motions filed by plaintiff. Each of the motions is denied.

Plaintiff filed a 213-page complaint against more than 150 defendants. The complaint is mostly unintelligible and contains many allegations that are obviously delusional or malicious. The Court has ordered plaintiff to submit an amended complaint by June 9, 2016.

Each of the pending motions is frivolous. Plaintiff has not presented the Court with non-frivolous allegations. As a result, his motion for appointment of counsel and motion for temporary restraining order are denied without prejudice. The remainder of his motions are baseless. Plaintiff should concentrate on timely filing his amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that each of plaintiff's pending motions is **DENIED** without prejudice.

Dated this 12th day of May, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE